IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                          4:14-CR-00209-01-JM

JAMONDA SMITH

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 73) is DENIED.

Applying retroactive Guidelines Amendment 821 does not change Defendant's applicable guideline range. His criminal history score goes from 24 to 23, but his criminal history category remains VI, which means his applicable guideline range has not changed.[1]

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10(a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").